```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 28712
   JAMES FERNANDEZ WILLIAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4543

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 08/03/2004 and was confirmed 09/16/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  46.60%.

   The case was paid in full 11/19/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
CHASE MANHATTAN AUTO FIN   SECURED          12250.00        574.74       12250.00
CHASE MANHATTAN AUTO FIN   UNSECURED OTH     2376.78           .00        1106.63
ROUNDUP FUNDING LLC        UNSECURED         3591.23           .00        1673.41
ECAST SETTLEMENT CORP      UNSECURED         8243.50           .00        3841.22
CHASE MANHATTAN BANK       NOTICE ONLY     NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED        17816.08           .00        8301.76
DIRECT MERCHANTS           NOTICE ONLY     NOT FILED           .00             .00
GENERAL MOTORS ACCEPTANC   UNSECURED       NOT FILED           .00             .00
KENNY J PATRICK            UNSECURED       NOT FILED           .00             .00
KENNY J PATRICK            NOTICE ONLY     NOT FILED           .00             .00
PROGRESSIVE INS            NOTICE ONLY     NOT FILED           .00             .00
SPRINT                     UNSECURED       NOT FILED           .00             .00
THE HARTFORD               NOTICE ONLY     NOT FILED           .00             .00
TOYOTA MOTOR CREDIT CO     UNSECURED         1123.68           .00         523.60
TOYOTA FINANCIAL SERVICE   NOTICE ONLY     NOT FILED           .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                       1,788.65
DEBTOR REFUND              REFUND                                          168.79

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             32,928.80

PRIORITY                                           .00
SECURED                                      12,250.00
    INTEREST                                    574.74
UNSECURED                                    15,446.62
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          1,788.65
DEBTOR REFUND                                   168.79

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 28712 JAMES FERNANDEZ WILLIAMS
```

```
                                    ---------------      ---------------
TOTALS                                    32,928.80            32,928.80
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 02/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```